IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR 04-1737-2-TUC-RCC(HCE) |
|---|---|---|
| Plaintiff, | ) | CR-04-2248-1-TUC-RCC(HCE) |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Luis Carlos Saiz, | ) | |
| Defendant. | ) | |
| | ) | |

No objections having been filed,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendations in the above-numbered cases (#88, #63 respectively) and find that the defendant is able to assist properly in his defense.

DATED this 3rd day of October, 2006.

Raner C. Collins
**United States District Judge**